# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WINSTON HENDERSON, BONNIE
HENDERSON, MICHAEL
HENDERSON, NOAH SCHWEHM,
TERRI SCHWEHM, EDWARD LOTZ,
KATHEY LOTZ, LLOYD PONSON,
AND DONNA PONSON

NO.   2021 CW 0555

VERSUS

**JULY 19, 2021**

BRANDON PAUL RICHOUX

---

In Re:   Brandon Paul Richoux, applying for supervisory writs,
         22nd Judicial District Court, Parish of Washington,
         No. 113,556.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT